NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**CINTARIUS JAMAL DAVIS,**

*Plaintiff-Appellant*

**v.**

**BURBANK POLICE DEPARTMENT, CITY OF BURBANK,**

*Defendants-Appellees*

_____

2026-1243

_____

Appeal from the United States District Court for the Central District of California in No. 2:25-cv-05619-ODW-KES, Judge Otis D. Wright, II.

_____

**ON MOTION**

_____

Before TARANTO, MAYER, and STARK, *Circuit Judges*.

PER CURIAM.

## O R D E R

In response to this court's show cause order, Cintarius Jamal Davis urges transfer to the United States Court of Appeals for the Ninth Circuit. The Burbank Police Department and City of Burbank have not filed a response.

2                          DAVIS v. BURBANK POLICE DEPARTMENT

Following the district court's judgment dismissing Mr. Davis's civil rights case, he filed a notice of appeal directed to this court. But this court typically only has jurisdiction to review district court decisions in cases involving the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see id.* § 1295(a)(4)(C); and cases involving certain damages claims against the United States "not exceeding $10,000 in amount," *id.* § 1346(a)(2), *see id.* § 1295(a)(2). Here, Mr. Davis's civil rights action does not fall within any of those categories such that we lack jurisdiction. Under the circumstances of this case, we conclude that transfer of the appeal to the Ninth Circuit is appropriate. *See* 28 U.S.C. §§ 41, 1291, 1294, 1631.

Accordingly,

IT IS ORDERED THAT:

This appeal and all case filings are transferred to the United States Court of Appeals for the Ninth Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

February 13, 2026
        Date

Jarrett B. Perlow
Clerk of Court